ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| MANUEL FLORENCIO VEGA MARRERO Y OTROS<br><br>Apelados<br><br>v.<br><br>MUNICIPIO DE SAN JUAN<br><br>Apelante | KLAN202301012 | *Apelación* procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Caso Núm.: SJ2019CV01431<br><br>Sobre: Daños y Perjuicios |
|---|---|---|

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Romero García y el Juez Campos Pérez[1]

Campos Pérez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 20 de marzo de 2024.

Atendida la *Moción en Solicitud de Desistimiento y Cierre y Archivo del Recurso,* presentada el 18 de marzo de 2024 por el Municipio Autónomo de San Juan, por conducto de su representación legal, en la cual desiste de continuar con el recurso de apelación presentado el 13 de noviembre de 2023 ante este foro revisor, se declara la misma ha lugar, bajo la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R.83 (A) y se ordena el archivo del caso.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

[1] El Hon. José I. Campos Pérez sustituyó a la Hon. Beatriz Martínez Cordero, por virtud de la Orden Administrativa TA-2023-212, emitida el 6 de diciembre de 2023.

Número Identificador

SEN2024_____